# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

FILED'06 APR 18 13:18 USDC-ORE

UNITED STATES OF AMERICA,

                          Plaintiff,

                vs.

Gabe Doyle LASKEY

                          Defendant,

No. CR05-60053-03-HO

WAIVER OF HEARING
MODIFICATION OF BOND CONDITIONS

I, Gabe Doyle LASKEY, have been advised that U.S. Pretrial Services Officer Nicholas Stranieri will petition the Court for modification of my bond conditions as follows:

Remove pretrial supervision and place defendant on his own recognizance.

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

4/7/06
Date

Gabe Doyle LASKEY, Defendant

4/7/06
Date

Nicholas Stranieri, Pretrial Services Officer

4/13/06
Date

Lynn Shepherd, Defense Counsel

4/14/06
Date

Bud Fitzgerald, AUSA

4/18/06
Date

Thomas M. Coffin, U.S. Magistrate Judge

WAIVER OF HEARING
RE: MODIFICATION OF BOND CONDITIONS